# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS
## Washington, D.C.

## UNITED STATES

v.

## Tyler R. MORRIS
### Seaman (E-3), U.S. Coast Guard

## CGCMS 24473

## Docket No. 1354

## 21 May 2012

Special Court-Martial convened by Commanding Officer, Coast Guard Base Seattle. Tried at Seattle, Washington, on 16 May 2011.

| | |
|---|---|
| Military Judge: | CDR Sean P. Gill, USCG |
| Trial Counsel: | LT Grace E. Oh, USCGR |
| Assistant Trial Counsel: | LT Tamara S. Wallen, USCGR |
| Defense Counsel: | LCDR Eric J. McDonald, JAGC, USN |
| Appellate Defense Counsel: | LCDR Paul R. Casey, USCG |
| Appellate Government Counsel: | LT Frances S. Johnson-Gillion, USCGR |

## BEFORE
## McCLELLAND, McTAGUE[1] & DUIGNAN
### Appellate Military Judges

Per curiam:

Appellant was tried by special court-martial, military judge alone. Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of three specifications of wrongful use of methylenedioxymethamphetamine (ecstasy), one specification of wrongful use of cocaine, one specification of wrongful use of psilocybin, and one specification of wrongful use of marijuana, all in violation of Article 112a, Uniform Code of Military Justice (UCMJ). The military judge sentenced Appellant to a bad-conduct discharge, confinement for sixty days, and reduction to E-2. The Convening Authority approved the sentence as adjudged.

---

[1] Judge McTague did not participate in this decision.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

## Decision

We have reviewed the record in accordance with Article 66, UCMJ.  Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved.  Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,


John T. Ure
Clerk of the Court